# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3277
LT Case No. 16-2021-CP-1940
_____

LANDON L. WILLIAMS, JR.,

    Appellant,

    v.

REGINALD I. WILLIAMS, SR.,
Individually and as Personal
Representative of the Estate of
Landon L. Williams, Sr. a/k/a
Landon Lovarn Williams, Sr.;
LANITA WILLIAMS-WELLS;
YOLANDA S. WILLIAMS; and
MICHELLE D. WILLIAMS,

    Appellees.

_____

On appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

Landon L. Williams, Jacksonville, pro se.

No Appearance for Appellees.

July 7, 2026

PER CURIAM.

AFFIRMED.

MAKAR, LAMBERT, and EDWARDS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____